IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00410-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL ALVAREZ-IBARRA,

    Defendant.

---

## ORDER

---

Upon consideration of the Government's 5K1.1 Motion for Downward Departure Based on Substantial Assistance (Dkt. # 30), it is hereby

ORDERED that the motion is GRANTED as set forth in the minutes of the sentencing hearing held March 17, 2006.

DATED: March 20, 2006, *nunc pro tunc* March 17, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____

                                          Phillip S. Figa
                                          United States District Judge