IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00410-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL ALVAREZ-IBARRA,

    Defendant.

## ORDER DIRECTING BRIEFING PURSUANT TO REMAND

By Order entered May 30, 2006, the Tenth Circuit Court of Appeals partially remanded this case to the undersigned judge for a determination of whether defendant's failure to comply with the filing requirements of F.R.A.P. 4(b)(1)(A)(I), requiring the filing of a notice of appeal in criminal cases within ten days after the entry of judgment, was based on excusable neglect or good cause. If that is the case, the district court may extend the time to file a notice of appeal, even after the time has expired. *See* F.R.A.P. 4(b)(4).

The parties are DIRECTED to submit filing briefs **no later than June 16, 2006** setting forth their respective positions as to whether defendant's failure to timely file a notice of appeal was based on excusable neglect or good cause, and if so, the reasons therefore. The Clerk of the Court is DIRECTED to serve a copy

of this Order on Defendant Alvarez-Ibarra personally, as well as to his counsel at the district court level.

DATED: June 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge