IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00410-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL ALVAREZ-IBARRA,

    Defendant.

_____

**ORDER SETTING HEARING**
_____

By Order entered May 30, 2006, the Tenth Circuit Court of Appeals partially remanded this case to the undersigned for a determination of whether defendant's failure to comply with the filing requirements of F.R.A.P. 4(b)(1)(A)(i) was based on excusable neglect or good cause, allowing the district court to extend the time to file a notice of appeal pursuant to F.R.A.P. 4(b)(4). By Order of this Court dated June 1, 2006, parties were directed to submit briefs on the issue no later than June 16, 2006. As of the date of this Order, no briefs have been received by any party. The Court hereby sets a hearing in this matter for **Friday, September 15, 2006 at 10:30 a.m.** Trial counsel Al Cabral, Esq. for the defendant is expected to attend, pursuant to the Tenth Circuit's Letter dated July 20, 2006 (Dkt. # 41), as well as the defendant.

DATED August 28, 2006.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge