IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00410-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL ALVAREZ-IBARRA,

    Defendant.

---

## ORDER RESETTING F.R.A.P COMPLIANCE HEARING

---

The Court hereby ORDERS that the hearing currently scheduled for September 15, 2006 at 10:30 a.m. is CONTINUED to **September 28, 2006 at 1:30 p.m.**

IT IS FURTHER ORDERED that the defendant's case manager, Jesse Contras, at Reeves County Detention Center in Pecos, Texas, shall contact the Automation Services Office of the U.S. District Court in Denver at 303-335-2020 to make arrangements for Defendant Rafael Alvarez-Ibarra appear at this conference either by telephone or video conference.

DATED: September 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge