IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00410-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAFAEL ALVAREZ-IBARRA,

    Defendant.

## ORDER TO CONTINUE HEARING ON PARTIAL REMAND
## AND ORDER TO SHOW CAUSE

As set forth in the minutes of the hearing held before the undersigned on September 28, 2006 (Dkt. # 47) regarding whether defendant has shown good cause or excusable neglect in order to file a late appeal pursuant to F.R.A.P. 4(b)(4), due to the absence of former defense counsel Alfonso Cabral, the Court ORDERS that the hearing is hereby CONTINUED to **Thursday, October 5, 2006 at 9:00 a.m.** All parties are required to appear. Defendant Alvarez-Ibarra is permitted to appear with his case manager via telephone conference.

IT IS FURTHER ORDERED that Alfonso Cabral shall appear. He shall show cause as to why he should not be held in contempt for failing to appear at the September 28, 2006 hearing in writing filed **no later than noon on Wednesday,**

**October 4, 2006.**  A copy of an electronic receipt indicating proper transmission to Mr. Cabral of the Court's September 14, 2006 Order resetting the hearing, at which Mr. Cabral was originally directed to appear, to September 28, 2006 is attached.

DATED: September 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge